UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MANVEER SINGH                                        PETITIONER

V.                                 CIVIL CASE NO. 5:26-cv-00236-DCB-BWR

WARDEN                                               RESPONDENT
Adams County Correctional Center

## **ORDER**

This matter is before the Court *sua sponte*. In March 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from United States Immigration and Customs Enforcement (ICE) detention. Petitioner, a native and citizen of India, entered the United States in 2025 and was placed in removal proceedings, which resulted in a September 18, 2025 administratively final removal order. ICE Decl. [6-1] at 1. According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before August 7, 2026,** Respondent shall inform the Court whether Petitioner is still detained.

SO ORDERED, this 24th day July 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited July 24, 2026).