**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MANVEER SINGH** **PETITIONER**

**V.** **CIVIL ACTION NO. 5:26-CV-00236-DCB-BWR**

**WARDEN** **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before this Court is the Report and Recommendation ("Report") [ECF No. 10] of Magistrate Judge Rath entered herein on August 13, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report, Judge Rath recommended that Respondent's Motion to Dismiss [ECF No. 9] should be granted on the basis that the Petition [ECF No. 1] is moot because Manveer Singh ("Petitioner") has been released from ICE Custody on an order of supervision on June 23, 2026. [ECF No. 9-1]. Petitioner has failed to file objections to the Report by August 27, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made.”). Where there are no objections, the Court applies the “clearly erroneous, abuse of discretion and contrary to law” standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Petition [ECF No. 1], the Motion to Dismiss [ECF No. 9], filed August 6, 2026, and the related filings. The Court observes that Petitioner did not respond to the Motion to Dismiss, and as stated above, did not file objections to the Report. Having considered the Report of Judge Rath, the Court adopts his findings and conclusions in full.

In his Report, Judge Rath determined, after thorough review of the applicable law, that Manveer Singh’s release from ICE Custody on order of supervision mooted these proceedings. The Court agrees. See, e.g., Francis v. Lynch, 622 F. App’x 455, 455-456 (5th Cir. 2015) (holding that the petitioner’s challenge to the duration of his detention pending removal became moot when he was removed from the United States); see also John v. U.S. Immigration and Customs Enforcement, No. 3:25-CV-1844-B-BW, 2026 WL 569043 (N.D. Tex. Feb. 6, 2026) (dismissing ICE detainee’s § 2241 petition

without prejudice as moot upon evidence of his removal from the United States).

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Accordingly, Manveer Singh's Petition for Writ of Habeas corpus under 28 U.S.C. § 2241 [ECF No. 1] should be dismissed without prejudice as moot. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 11 day of September, 2026.

/s/David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE